Frances NORRIS, Administratrix of the Estate of Percy J. Rachal, Deceased, Appellant, v. ATLANTIC COAST LINE RAILROAD COMPANY, a Corporation, Appellee.

No. 9806.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 17, 1949.

Decided March 21, 1949.

Mr. Everett L. Edmond, of Washington, D. C., for appellant.

Mr. Robert R. Faulkner, of Washington, D. C., with whom Mr. Thomas W. Davis, of Wilmington, N. C., was on the brief, for appellee.

Before CLARK, PRETTYMAN, and PROCTOR, Circuit Judges.

PER CURIAM.

We have given careful study to the record and have found no error. Therefore, the judgment of the District Court is affirmed.